**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016


Attorney for Defendant,
VICKIE PACHECO


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 6:11-mj-00008-MJS |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE STATUS CONFERENCE TO MAY 3, 2011; |
| vs ) | ORDER |
| VICKIE PACHECO, ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the Defendant, VICKIE PACHECO, her Attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park Service, RACHEL CARTIER, that the Status Conference in the above-captioned matter currently scheduled for April 5, 2011, at 10:00 a.m. be continued until May 3, 2011, at 10:00 a.m. due to defense counsel's inability to drive to court as a result of recent shoulder surgery.


Dated: April 4, 2011                  By: /s/ Carol Ann Moses
                                          CAROL ANN MOSES
                                          Attorney for Defendant
                                          VICKIE PACHECO

Dated: April 4, 2011                  By: /s/ Rachel Cartier
                                          RACHEL CARTIER
                                          Acting Legal Officer for the
                                          National Park Service

1
STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON

*  *  *  ORDER  *  *  *

The Court, having reviewed the above request for a Continuance of the Status Conference until May 3, 2011, and Order Thereon, HEREBY ORDERS AS FOLLOWS:

The Status Conference for Defendant, VICKIE PACHECO, shall be continued to May 3, 2011, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   April 4, 2011                     /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE